# FILED UNDER SEAL

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Anthony Spann-Stewart**

Case Number: **2:18CR00366**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **August 19, 2019**

Original Offense: **Felon in Possession of Ammunition**

Original Sentence: **27 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 23, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

    a) On August 13, 2022, Spann-Stewart was arrested by Detectives with the Las Vegas Metropolitan Police Department and charged with Pandering in violation of N.R.S. 201.300.1. According to the police report, on August 13, 2022 Spann-Stewart attempted to recruit an undercover officer working as a prostitute to become a sex worker for him.

2. **<u>Do Not Unlawfully Use Controlled Substance</u>** - **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

    a) On June 27, 2022, Spann-Stewart tested positive for marijuana and admitted using on June 20, 2022 while still in BOP custody.

    b) On June 29, 2022, Spann-Stewart failed to report for scheduled drug testing.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 19, 2022**

Digitally signed by Cecil B McCarroll III
Date: 2022.08.23 15:21:32 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.08.22 16:17:17 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.
**X** The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer
8/25/2022
_____
Date

Prob12C
D/NV Form
Rev. March 2017

RE: Anthony Spann-Stewart

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. ANTHONY SPANN-STEWART, 2:18CR00366

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### August 19, 2022

On August 19, 2019, Spann-Stewart was sentenced to 27 months followed by 3 years of supervised release for committing the offense of Felon in Possession of Ammunition. On June 23, 2022, Spann-Stewart commenced his supervise in the District of Nevada.

As noted above, Spann-Stewart tested positive upon starting his supervised release as well as missing one drug test and both violations were addressed with him. More concerning to the probation office is his recent felony arrest for Pandering on August 13, 2022. The police report details how Spann-Stewart approached an undercover officer working as a prostitute on Freemont Street on August 5, 2022. Spann-Stewart then agreed to meet the undercover on August 13, 2022 where he attempted to recruit her to work for him as a sex worker.

It is concerning to our office that in less than 60 days of starting his supervised release, he has already been charged with a new felony. Spann-Stewart's recent conduct is unacceptable for someone on supervised release. As such, it is requested that a warrant be issued for his arrest so that he may appear before the Court to address these violations.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2022.08.23
15:22:45 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by
Brian Blevins
Date: 2022.08.22
16:18:26 -07'00'

Brian Blevins
Supervisory United States Probation Officer