# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY SPANN-STEWART,<br><br>Defendant. | Case No. 2:18-cr-00366-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 46 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, February 20, 2024 at 1:00 p.m., be vacated and continued to April 1, 2024, at 2:00 p.m.

DATED this 20th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE